# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### Western Division

| | |
|---|---|
| GORDON VANCE JUSTICE, JR.; SHARON BYNUM; MATTHEW JOHNSON; ALISON KINNAMAN AND STANLEY O'DELL, <br><br>  Plaintiffs, <br><br> v. <br><br> DELBERT HOSEMANN, in his official capacity as Mississippi Secretary of State; JIM HOOD, in his official capacity as Attorney General of the State of Mississippi, <br><br>  Defendants. | Civil Action No. 3:11-cv-00138-SA-SAA <br><br> VERIFICATION OF SHARON BYNUM |

I, Sharon Bynum, declare as follows:

1. I have personal knowledge of my own actions and intentions to engage in political speech in Mississippi ballot issue elections in this and future elections, including the information set forth in the attached Complaint.

2. If called upon to testify I would competently testify as to the matters in the Complaint concerning my political speech and desire to engage in political speech related to Mississippi ballot issue elections now and in the future.

3. I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief, and information.

Executed this 19th day of October, 2011

_/s/ Sharon Bynum_____
Sharon Bynum

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
Western Division

| | |
|---|---|
| GORDON VANCE JUSTICE, JR.; SHARON BYNUM; MATTHEW JOHNSON; ALISON KINNAMAN AND STANLEY O'DELL,<br><br>    Plaintiffs,<br><br>v.<br><br>DELBERT HOSEMANN, in his official capacity as Mississippi Secretary of State; JIM HOOD, in his official capacity as Attorney General of the State of Mississippi,<br><br>    Defendants. | Civil Action No.<br>3:11-cv-00138-SA-SAA<br><br>VERIFICATION OF<br>MATTHEW JOHNSON |

I, Matthew Johnson, declare as follows:

1. I have personal knowledge of my own actions and intentions to engage in political speech in Mississippi ballot issue elections in this and future elections, including the information set forth in the attached Complaint.

2. If called upon to testify I would competently testify as to the matters in the Complaint concerning my political speech and desire to engage in political speech related to Mississippi ballot issue elections now and in the future.

3. I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief, and information.

Executed this 20th day of October, 2011

                                                            _____
                                                            Matthew Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
Western Division

GORDON VANCE JUSTICE, JR.; SHARON BYNUM; MATTHEW JOHNSON; ALISON KINNAMAN AND STANLEY O'DELL,

    Plaintiffs,

v.

DELBERT HOSEMANN, in his official capacity as Mississippi Secretary of State; JIM HOOD, in his official capacity as Attorney General of the State of Mississippi,

    Defendants.

Civil Action No.
3:11-cv-00138-SA-SAA

VERIFICATION OF GORDON VANCE JUSTICE, JR.

I, Gordon Vance Justice, Jr., declare as follows:

1. I have personal knowledge of my own actions and intentions to engage in political speech in Mississippi ballot issue elections in this and future elections, including the information set forth in the attached Complaint.

2. If called upon to testify I would competently testify as to the matters in the Complaint concerning my political speech and desire to engage in political speech related to Mississippi ballot issue elections now and in the future.

3. I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief, and information.

Executed this 18th day of October, 2011

_____
Gordon Vance Justice, Jr.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
Western Division**

GORDON VANCE JUSTICE, JR.; SHARON BYNUM; MATTHEW JOHNSON; ALISON KINNAMAN AND STANLEY O'DELL,

    Plaintiffs,

v.

DELBERT HOSEMANN, in his official capacity as Mississippi Secretary of State; JIM HOOD, in his official capacity as Attorney General of the State of Mississippi,

    Defendants.

Civil Action No.
3:11-cv-00138-SA-SAA

VERIFICATION OF
ALISON KINAMAN

I, Alison Kinnaman, declare as follows:

1. I have personal knowledge of my own actions and intentions to engage in political speech in Mississippi ballot issue elections in this and future elections, including the information set forth in the attached Complaint.

2. If called upon to testify I would competently testify as to the matters in the Complaint concerning my political speech and desire to engage in political speech related to Mississippi ballot issue elections now and in the future.

3. I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief, and information.

Executed this 18th day of October, 2011

                                              _____
                                              Alison Kinnaman

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### Western Division

GORDON VANCE JUSTICE, JR.; SHARON BYNUM;
MATTHEW JOHNSON; ALISON KINNAMAN AND
STANLEY O'DELL,

    Plaintiffs,

v.

DELBERT HOSEMANN, in his official capacity as
Mississippi Secretary of State; Jim Hood, in his
official capacity as Attorney General of the State
of Mississippi,

    Defendants.

Civil Action No.
3:11-cv-00138-SA-SAA

VERIFICATION OF
STANLEY O'DELL

I, Stanley O'Dell, declare as follows:

1. I have personal knowledge of my own actions and intentions to engage in political speech in Mississippi ballot issue elections in this and future elections, including the information set forth in the attached Complaint.

2. If called upon to testify I would competently testify as to the matters in the Complaint concerning my political speech and desire to engage in political speech related to Mississippi ballot issue elections now and in the future.

3. I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief, and information.

Executed this 18th day of October, 2011

*[signature]*
Stanley O'Dell