**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**Western Division**

GORDON VANCE JUSTICE, JR.; SHARON BYNUM; MATTHEW JOHNSON; ALISON KINNAMAN AND STANLEY O'DELL,

       Plaintiffs,

v.

DELBERT HOSEMANN, in his official capacity as Mississippi Secretary of State; JIM HOOD, in his official capacity as Attorney General of the State of Mississippi,

       Defendants.

Civil Action No.
3:11-cv-00138-SA-SAA

RULE 65(b)(1)(B)
CERTIFICATION OF
PAUL V. AVELAR

I, Paul V. Avelar, declare as follows:

1.     I make this written certification pursuant to Rule 65(b)(1)(B) of the Federal Rules of Civil Procedure.

2.     Prior to filing the Complaint and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, on October 19, 2011, I called the Secretary of State's "Elections Hotline" in an attempt to reach W. Heath Hillman, Assistant Secretary of State for Elections.

3.     I left a message with "Jennifer," who answered the hotline, explaining that Plaintiffs First Amendment rights were being abridged by Mississippi's campaign finance system and that, because of the short time until the election, we would be filing the Motion for Temporary Restraining Order and Preliminary Injunction.

4.      Later that same day, Harold Pizzetta of the Mississippi Attorney General's Office returned my call.  Mr. Pizzetta and I discussed Plaintiffs' claims and Motion for Temporary Restraining Order and Preliminary Injunction.

5.      Mr. Pizzetta indicated that he did not want Plaintiffs to proceed *ex parte* and that he planned to appear at any hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

6.      I have sent and am sending courtesy copies of all filings to Mr. Pizzetta, including this filing.

7.      Because Mr. Pizzetta plans to appear at any hearing on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Plaintiffs are requesting an expedited hearing on their motion to ensure timely resolution and protection of their First Amendment Rights.

8.      If this court grants Plaintiffs' Request for Expedited Hearing, Plaintiffs will notify Mr. Pizzetta.

9.      I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief, and information.


Executed this 20th day of October, 2011

_____
Paul Avelar