THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**GORDON VANCE JUSTICE, JR. ET AL.**                               **PLAINTIFFS**

**v.**                                **CIVIL ACTION NO.: 3:11-CV-138-SA-SAA**

**DELBERT HOSEMANN, in his official capacity as
Mississippi Secretary of State; JIM HOOD, in his
official capacity as Attorney General of the State
of Mississippi**                                **DEFENDANTS**

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION

Pursuant to a memorandum opinion to issue this day, Plaintiffs' Motion for Temporary Restraining Order & Preliminary Injunction is DENIED.

SO ORDERED on this, the 3rd day of November, 2011.

                                                                 /s/ Sharion Aycock
                                                                  **UNITED STATES DISTRICT JUDGE**