**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
Oxford Division**

GORDON VANCE JUSTICE, JR.; SHARON BYNUM;
MATTHEW JOHNSON; ALISON KINAMAN AND
STANLEY O'DELL;

    Plaintiffs,

v.

Civil Action No.
3:11-CV-138-SA-SAA

DELBERT HOSEMANN, in his official capacity as
Mississippi Secretary of State; JIM HOOD, in his
official capacity as Attorney General of the State
of Mississippi,

    Defendants.

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

Pursuant to FED. R. CIV. P. 56(c) and L.U. CIV. R. 7(b), Plaintiffs Gordon Vance Justice, Jr., Sharon Bynum, Matthew Johnson, Alison Kinaman, and Stanley O'Dell, hereby submit this Response in Opposition to Defendants' Motion for Summary Judgment, and would show unto the Court the following:

**PREMISES**

As set forth more fully in the Memorandum in Opposition to Defendants' Motion for Summary Judgment, Defendants Hood claim in error that they are entitled to summary judgment. Defendants' motion should be denied because Defendants ignore facts that call into question their arguments about the benefits and burdens of the challenged speech-regulating scheme and because the law favors Plaintiffs' motion for summary judgment instead.

1

Defendants ignore every fact developed in discovery and instead assert a theoretical basis for their claims, arguing, in effect, that the facts are irrelevant.  This is not the case.  Moreover, the Defendants are wrong on the law.  The record reveals the extent to which Mississippi's campaign finance scheme thrusts burdens on small groups and individuals who wish to engage in political speech, which they are unconstitutionally unable to bear.   By ignoring the burdens associated with Mississippi's campaign finance scheme, the Defendants are in direct contravention of the decisions of numerous federal courts that have recognized the seriousness of such burdens and protect the speech of speakers like Plaintiffs.  Further, Defendants fail to recognize that the only possible interest they can claim—the informational interest—is reduced when applied to small amounts of contributions or expenditures by small speakers, again in direct contravention of other federal courts.  Indeed, the record, ignored by the State, reveals the degree to which the interest Defendants claim in support of Mississippi's campaign finance scheme is inapplicable in this case.

## SUPPORTING DOCUMENTS

Plaintiffs support their response in opposition with those documents they have previously submitted in support of their motion for summary judgment.  DOC 42 and attached exhibits 42-1 though 42-16.

In addition the following additional exhibits are offered in support of Plaintiffs' response in opposition.

Exhibit 1      Additional Excerpts of Deposition of Kimberly P. Turner

## BASIS FOR RELIEF

Plaintiffs file herewith the Memorandum in Opposition to Defendants' Motion for Summary Judgment.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs by and through counsel of record, pursuant to FED. R. CIV. P. 56(c) and L.U. CIV. R. 7(b), respectfully request this Court DENY Defendants' Motion for Summary Judgment.

Dated this 6th day of December, 2012.

Respectfully Submitted on Behalf of Plaintiffs

**WELLS MARBLE & HURST, PLLC**
/s/ Russell Latino III
Russell Latino III
(MS Bar No. 102281)
P. O. Box 131
Jackson, MS 39205-0131
Telephone: 601.605.6900
Facsimile: 601.605.6901
Email: rlatino@wellsmar.com
ljennings@wellsmarble.com

**Institute for Justice**
/s/ Paul V. Avelar
Paul V. Avelar
398 South Mill Avenue, Suite 301
Tempe, AZ 85281
Telephone: 480.557.8300
Facsimile: 480.557.8305
Email: pavelar@ij.org
*Pro Hac Vice*

Steven M. Simpson
901 North Glebe Road, Suite 900
Arlington, VA 22203
Telephone: 703.682.9320
Facsimile: 703.682.9321
Email: ssimpson@ij.org
*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment with attached supporting document has been filed electronically with the Clerk of Court using the Court's ECF system and thereby served on the following persons:

Harold E. Pizzetta, III
Assistant Attorney General
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205-0220
hpizz@ago.state.ms.us

THIS the 6th day of December, 2012.

                /s/ Paul Avelar
                Paul V. Avelar