# EXHIBIT 1

Add'l Excerpts of Dep. of Kimberly P. Turner

7

1     A     Similar issues to this case.
2     Q     Okay. About how much time would you say
3 you spent preparing for today's deposition?
4     A     Four hours.
5     Q     Okay. And aside from the attorney for the
6 State, did you meet or discuss this deposition with
7 anyone else?
8     A     No.
9     Q     Can you -- what's your current job title?
10     A     As of today, I'm the senior attorney for
11 the Elections Division of the Secretary of State.
12     Q     And that -- you're literally that as of
13 today?
14     A     Today, I say that because effective
15 November 1st, I will be the Assistant Secretary of
16 State for the Elections Division of the Secretary of
17 State's Office.
18     Q     Congratulations.
19     A     Thank you. Any opportunity I get to bring
20 that up.
21     Q     So how long have you been the senior
22 attorney then?
23     A     Since June 1st of this year.
24     Q     And before June 1st of this year, what was
25 your job title?

1    A    It's a person or group of persons that
2    forms for purposes of -- uh -- either supporting or
3    not supporting a political candidate or a ballot
4    measure, whether it be local, county or a
5    constitutional initiative on a state-wide level.
6        I believe a more adequate definition is
7    statutory.  So it would be in the code.
8    Q    Are you aware that there are two different
9    definitions of political committee that apply to
10    ballot measure committees?
11    A    I'm aware that there are two different
12    sections in the code -- one that pertains to ballot
13    measure committees that would not be constitutional
14    initiatives.  The 23-17 series pertains solely to
15    constitutional initiatives.  And then the 23-15
16    series would pertain to candidates and to other
17    ballot measures like we discussed earlier, on a
18    local level, county or municipality.
19    Q    Does a ballot measure committee, speaking
20    about constitutional initiatives in Mississippi?
21    I'm sorry.  Let me strike that and try that a little
22    bit better.
23        You said the 23-17 series only applied to
24    ballot measure committees speaking about
25    constitutional initiatives; is that correct?

15

1    A    Correct.
2    Q    Okay.  Do ballot measure committees
3 speaking about constitutional initiatives in
4 Mississippi also fall under the 23-15 definition of
5 political committee?
6    A    They will for purposes of enforcement.
7 23-15-813 would address those political committees,
8 as well, and there's a reference to 23-15-813 in the
9 23-17 series.
10   Q    Okay.  So does the definition of political
11 committee at 23-15-801 (c) encompass ballot measure
12 committees that are speaking about constitutional
13 initiatives?
14   A    No.
15   Q    Are you familiar with the term "threshold"
16 as it applies to campaign finance laws?
17   A    Yes.
18   Q    What is your understanding of the term
19 "threshold"?
20   A    A minimum.
21   Q    Mississippi has a $200 threshold?
22   A    Correct.
23   Q    Okay.
24   A    I believe it's -- you're right, it's 200.
25   Q    Okay.  And just to be clear, a two hundred