IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

GORDON VANCE JUSTICE, JR., et al.                                    PLAINTIFFS

V.                                                   CAUSE NO.: 3:11-CV-138-SA-SAA

DELBERT HOSEMANN, in his official
capacity as Mississippi Secretary of State;
JIM HOOD, in his official capacity as
Attorney General of the State of Mississippi            DEFENDANTS

ORDER GRANTING SUMMARY JUDGMENT

For the reasons set forth in a Memorandum Opinion entered this day , the Court grants in

part and denies in part Plaintiffs' Motion for Summary Judgment [42], denies Defendants'

Motion for Summary Judgment [44], and finds Defendants' Motion to Exclude [46] and

Defendants' Motion to Strike [53] moot.

SO ORDERED, this the 30th day of September, 2013.

                                                 /s/ Sharion Aycock_____
                                                 U.S. DISTRICT JUDGE