# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**GORDON VANCE JUSTICE, JR., ET AL.**                                    **PLAINTIFFS**

**v.**                                    **CIVIL CASE NO. 3:11CV138-A-A**

**DELBERT HOSEMANN, ET AL.**                                    **DEFENDANTS**

## NOTICE OF APPEAL

Notice is given that Defendants, Secretary of State Delbert Hosemann and

Attorney General Jim Hood, in their official capacities, hereby appeal to the United

States Court of Appeals for the Fifth Circuit from the Order and Memorandum Opinion

dated September 30, 2013, [Docket Nos. 78 and 79].

**RESPECTFULLY SUBMITTED** this, the 17th day of October, 2013

                                                **DELBERT HOSEMANN, in his official capacity as Mississippi Secretary of State**

                         **BY:**   **JIM HOOD, ATTORNEY GENERAL STATE OF MISSISSIPPI**

                         BY:    /s/ Harold E. Pizzetta III
                                   HAROLD E. PIZZETTA, III, MSB NO.99867
                                   ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi  39205-0220
Telephone: (601) 359-3816
Facsimile:  (601) 359-2003
hpizz@ago.state.ms.us

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically with the Clerk of Court using the Court's ECF system and thereby served on the following persons:

Russell Latino, III
Post Office Box 131
Jackson, MS 39205-0131
rlatino@wellsmarble.com

Paul V. Avelar
398 S. Mill Avenue, Suite 301
Tempe, AZ 85281
pavelar@ij.org

Steven M. Simpson
901 North Glebe Road, Suite 900
Arlington, VA 22203-1854
ssimpson@ij.org

**THIS**, the 17th day of October, 2013.

BY:     /s/ Harold E. Pizzetta III
HAROLD E. PIZZETTA, III

2