IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 13-60754

D.C. Docket No. 3:11-CV-138

United States Court of Appeals
Fifth Circuit
**FILED**
November 14, 2014
Lyle W. Cayce
Clerk

**Certified as a true copy and issued as the mandate on Aug 31, 2015**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

GORDON VANCE JUSTICE, JR.; SHARON BYNUM; MATTHEW JOHNSON; ALISON KINNAMAN; STANLEY O'DELL,

    Plaintiffs - Appellees

v.

DELBERT HOSEMANN, in his official capacity as Mississippi Secretary of State; JAMES M. HOOD, III, in his official capacity as Attorney General of the State of Mississippi,

    Defendants - Appellants

Appeal from the United States District Court for the
Northern District of Mississippi, Oxford

Before DAVIS, DENNIS, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed and judgment in favor of Defendants is rendered.

IT IS FURTHER ORDERED that plaintiffs-appellees pay to defendants-appellants the costs on appeal to be taxed by the Clerk of this Court.