Print Form

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Gordon Vance Justice, Jr., et al. v. Delbert Hosemann and James M. Hood, III   No. 13-60754

The Clerk is requested to tax the following costs against: Gordon Vance Justice, Jr., et al. (Plaintiffs - Appellees)

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | 450 | | | | 450.00 |
| Appendix or Record Excerpts | 7 | 80 | 0.15 | 84 | 4 | 80 | .15 | 48.00 |
| Appellant's Brief | 10 | 71 | 0.15 | 106.5 | 7 | 71 | .15 | 74.55 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 10 | 38 | 0.15 | 57 | 7 | 38 | .15 | 39.90 |
| Other: | | | | | | | | |
| | | | Total $ | 697.5 | | | Costs are taxed in the amount of $ | 612.45 |

Costs are hereby taxed in the amount of $ 612.45 this 31st day of August, 2015.

State of
County of Hinds

LYLE W. CAYCE, CLERK
By Lindsey Landry
Deputy Clerk

I Harold E. Pizzetta, III, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 19th day of November, 2014.

s/ Harold E. Pizzetta, III
(Signature)

Attorney for Delbert Hosemann and James M. Hood, III

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS