# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 4, 2016

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130


     Re:   Gordon Vance Justice, Jr., et al.
            v. Delbert Hosemann, Mississippi Secretary of State, et al.
           No. 15-682
           (Your No. 13-60754)


Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.


Sincerely,

**Scott S. Harris**, Clerk